# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 27, 2015

Lyle W. Cayce
Clerk

No. 13-20535
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PABLO EDMUNDO HERRERA-ESPINOSA, also known as Pablo Edmundo
Herrera, also known as Herrera Espinoza Pablo Edmundo, also known as
Pablo Herrera, also known as Pablo E. Herrera, also known as Pablo Edmundo
Herrera-Espinoza, also known as Pablo Edmundo Herrera Espinoza, also
known as Luis Gomez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-144-1

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

STEPHEN A. HIGGINSON, Circuit Judge: [*]

The attorney appointed to represent Pablo Edmundo Herrera-Espinosa
("Herrera-Espinosa") has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 13-20535

*v. Flores*, 632 F.3d 229 (5th Cir. 2011).    Herrera-Espinosa filed a timely response.

Herrera-Espinosa pled guilty to illegally re-entering the United States following deportation after a felony conviction.    On September 6, 2013, the district court sentenced him to thirty (30) months imprisonment followed by three (3) years of supervised release.    Herrera-Espinosa was removed from the United States on June 30, 2015.    We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Herrera-Espinosa's response.    We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Because Herrera-Espinosa has completed the confinement portion of his sentence, any argument that the prison term should be reduced is moot.    *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382 (5th Cir. 2007).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot.    *See Rosenbaum-Alanis*, 483 F.3d at 382-83.